[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14139
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00145-TWT-JKL-16

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO AHMAD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 9, 2021)

Before WILSON, ROSENBAUM and LUCK Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal pursuant to the appeal

waiver in Ahmad's plea agreement is GRANTED. *See United States v. Boyd*,

975 F.3d 1185, 1192 (11th Cir. 2020) (district court must have clearly conveyed to

defendant that he was giving up his right to appeal under most circumstances); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).